**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:24-cv-11562-RGS |
| AMELIA JOYCE INC., et al., | ) | |
| Defendants. | ) | |

## STATUS REPORT

The United States provides this status report regarding potential settlement of this matter through the entry of a consent decree by this Court.

1. The parties to this litigation have been engaged in negotiation of the terms of a proposed consent decree since approximately December 2025. During this time, the deadline for the Defendants to file a reply brief regarding their cross-motion for partial summary judgment has been extended.

2. The proposed consent decree requires the implementation of certain compliance requirements as injunctive relief, which is a key component of the relief provided by the decree.

3. In February 2026, Defendants' counsel notified the United States that certain fishing vessels that are the subject of compliance requirements in the proposed consent decree might be sold to prospective purchasers.

4. As part of the negotiations, an arrangement is being made under the proposed consent decree for the third-party prospective purchaser companies to assume the proposed compliance obligations under the consent decree upon their purchase of the fishing vessels.

5. As of today, the United States has now received signatures on behalf of all the entities that agree to implement the compliance requirements under the proposed consent decree. Accordingly, the United States counsel in this case will now recommend approval of the proposed consent decree to the Department of Justice officer who has the authority to legally bind the United States to the consent decree. If that officer approves the consent decree, the United States case counsel will lodge the consent decree with the Court, pending a public comment period as required under 28 C.F.R. § 50.7. The United States will ask the Court not to enter the proposed consent decree during the public comment period.

6. Unless public comment persuades the United States otherwise, following the public comment period, the United States would file a motion for entry of the consent decree with the Court.

7. If the Court approves and enters the consent decree, the matter will be settled.

8. Given these circumstances, the United States does not oppose an extension of the deadline for Defendants to file a reply brief concerning their cross-motion for summary judgment pending final resolution of the settlement process.

Respectfully submitted,

UNITED STATES OF AMERICA

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Addie Fiske*
CATHERINE ADAMS FISKE (Bar No. 555967)
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Boston, MA 02110
Phone: (617) 947-9157
addie.fiske@usdoj.gov

LEAH B. FOLEY
United States Attorney
District of Massachusetts

HILLARY H. HARNETT
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3252
Hillary.Harnett@usdoj.gov

OF COUNSEL:

LYDIA J. TEAL
Lieutenant, United States Coast Guard
Office of the Judge Advocate General
Claims and Litigation
2703 Martin Luther King Jr. Ave. SE, Stop 7213
Washington, D.C. 20593-7213

**CERTIFICATE OF SERVICE**

I, Catherine Adams Fiske, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for the Defendants, on this 14th day of April, 2025.

*/s/ Addie Fiske*
CATHERINE ADAMS FISKE (Bar No. 555967)
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section