**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AMELIA JOYCE INC., et al.,<br>Defendants. | ) | Civil Action No. 1:24-cv-11562-RGS |

**NOTICE OF LODGING PROPOSED CONSENT DECREE**

The United States hereby notifies the Court that it is lodging with the Court today a proposed Consent Decree that resolves its claims in the above-captioned action against all the defendants ("the Settling Defendants"). The complaint alleges violations under Section 311 of the Clean Water Act ("the CWA"), 33 U.S.C. § 1321, in connection with: the discharge of oily bilge liquid from the engine room bilge of the fishing vessel, the *Amelia Joyce,* into Fairhaven harbor, Massachusetts, on July 14, 2019; and the failure to equip the vessel with pollution control equipment required by environmental regulation. The complaint alleges that each of the Settling Defendants is liable under the CWA as the owner, operator, and/or person in charge of the vessel.

The proposed Consent Decree, which is attached hereto as Exhibit 1, requires Settling Defendant Amelia Joyce Inc. to pay a civil penalty of $200,000. It also requires that the Compliance Defendants, or certain potential future purchasers of five fishing vessels owned by companies owned by Settling Defendant William Mullis, undertake compliance actions including (1) training on the proper disposal of oil, including oily bilge water, for all captain and

crew on the five fishing vessels; (2) maintenance of a logbook on the *Amelia Joyce* documenting the proper disposal of oil from the vessel for three years; and (3) installation of the required pollution control equipment on the five vessels. The potential future purchasers of the vessels have also signed the proposed Consent Decree, and no transfer of compliance responsibilities to any other purchaser(s) may occur without the consent of the United States and approval of the Court.

At this time, the Court should not take any action with respect to the proposed Consent Decree. In accordance with 28 C.F.R. § 50.7 and Department of Justice policy, the United States will shortly publish a notice of the lodging of the Consent Decree in the Federal Register and provide the public with a 30-day comment period. Following the public comment period, the United States will file a motion seeking the Court's approval of the Consent Decree unless comments are filed with the Department of Justice during this 30-day comment period which demonstrate to the United States that the Consent Decree is inappropriate, improper, or inadequate.

Respectfully submitted,

UNITED STATES OF AMERICA

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Addie Fiske*
CATHERINE ADAMS FISKE (Bar No. 555967)
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Boston, MA 02110
Phone: (617) 947-9157
addie.fiske@usdoj.gov

LEAH B. FOLEY
United States Attorney
District of Massachusetts

HILLARY H. HARNETT
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3252
Hillary.Harnett@usdoj.gov

OF COUNSEL:

LYDIA J. TEAL
Lieutenant, United States Coast Guard
Office of the Judge Advocate General
Claims and Litigation
2703 Martin Luther King Jr. Ave. SE, Stop 7213
Washington, D.C. 20593-7213

**CERTIFICATE OF SERVICE**

I, Catherine Adams Fiske, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 5th day of May 2026.

*/s/ Addie Fiske*

CATHERINE ADAMS FISKE (Bar No. 555967)
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section